Certificate Number: 16339-PAE-DE-040016014

Bankruptcy Case Number: 25-13138



16339-PAE-DE-040016014

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2025, at 11:31 o'clock AM EDT, Erskin Gerardo Chavez Mendez completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 25, 2025                By:    /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title: Certified Financial Counselor